# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 10, 2014

## NO. 03-13-00128-CR

**Robert LeBlanc, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 264TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment of conviction signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.